JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-210 JAM |
| Plaintiff, | STIPULATION AND CONTINUING STATUS CONFERENCE |
| v. | |
| VERA KUZMENKO, et al., | Date: August 30, 2011<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vera Kuzmenko, Patrick K. Hanly, Esq., counsel for defendant Nadia Kuzmenko, William J. Portanova, Esq., counsel for defendant Aaron New, Hayes H. Gable, III, Esq., counsel for defendant Edward Shevtsov, John R. Manning, Esq., counsel for defendant Peter Kuzmenko, Joseph J. Wiseman, counsel for defendant Sergey Blizenko, Michael D. Long, Esq., and counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq., that the status conference presently set for July 12, 2011 be **continued to August 30, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that

1

PDF created with pdfFactory trial version www.pdffactory.com

time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, July 11, 2011, to and including August 30, 2011. This is based on the complexity of the case, including over 29,000 pages of discovery and the fact there are seven co-defendants. The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: July 8, 2011 /s/ Patrick K. Hanley
PATRICK K. HANLEY
Attorney for Defendant
Vera Kuzmenko

Dated: July 8, 2011 /s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
Nadia Kuzmenko

Dated: July 8, 2011 /s/ Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
Aaron New

Dated: July 8, 2011 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Edward Shevtsov

Dated: July 8, 2011 /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
Peter Kuzmenko

Dated: July 8, 2011 /s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
Sergey Blizenko

Dated: July 8, 2011 /s/ Gary A. Talesfore
GARY A, TALESFORE
Attorney for Defendant
Vanik Atoyan

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 8, 2011 | Benjamin B. Wagner<br>United States Attorney |
| | by: /s/ R. Steven Lapham<br>R. STEVEN LAPHAM<br>Assistant U.S. Attorney |

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, et al.,<br><br>  Defendants. | No. CR-S-11-210 JAM<br><br>ORDER TO<br>CONTINUE STATUS CONFERNCE |

GOOD CAUSE APPEARING, it is hereby ordered that the July 12, 2011 status conference be continued to August 30, 2011 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).

IT IS SO ORDERED.

Dated: 7/11/11                          /s/ John A. Mendez
                                        Hon. John A. Mendez
                                        United States District Court Judge

4

PDF created with pdfFactory trial version www.pdffactory.com