**FILED**
August 8, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>            Plaintiff,                        )<br>v.                                                     )<br>                                                            )<br>VERA KUZMENKO,                       )<br>                                                            )<br>            Defendant.                    ) | Case No. 11CR00210-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __VERA KUZMENKO__ , Case No. 11CR00210-JAM__ , Charge __18USC § 1343 - Wire Fraud__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__ Release on Personal Recognizance

　　　✔ Bail Posted in the Sum of $ $500,000.00

　　　　　__ Unsecured Appearance Bond

　　　　　__ Appearance Bond with 10% Deposit

　　　　　__ Appearance Bond with Surety

　　　　　__ Corporate Surety Bail Bond

　　　✔ (Other)　　__Pretrial condition as stated on the record.__

Issued at __Sacramento, CA__ on __August 8, 2011__ at __10:40 am__ .

　　　　　　　　　　　By  /s/ Gregory G. Hollows
　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court