JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-210 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| v. | ) [PROPOSED ORDER] CONTINUING ) STATUS CONFERENCE |
| VERA KUZMENKO, et al., | ) Date:  December 6, 2011 |
| Defendants. | ) Time:  9:30 a.m. ) Judge:  Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vera Kuzmenko, Patrick K. Hanly, Esq., counsel for defendant Nadia Kuzmenko, aka Nadia Reyes, Scott L. Tedmon, Esq., counsel for defendant Aaron New, Hayes H. Gable, III, Esq., counsel for defendant Edward Shevtsov, John R. Manning, Esq., counsel for defendant Peter Kuzmenko, Michael L. Chastaine, counsel for defendant Sergey Blizenko, Michael D. Long, Esq., and counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq., that the status conference presently set for October 11, 2011 be **continued to December 6, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated

1

above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 6, 2011, to and including December 6, 2011. This is based on the complexity of the case, including over 29,000 pages of discovery and the fact there are seven co-defendants. The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: October 6, 2011                                 /s/  Patrick K. Hanley
                                                       PATRICK K. HANLEY
                                                       Attorney for Defendant
                                                       Vera Kuzmenko

Dated: October 6, 2011                                 /s/  Scott L. Tedmon
                                                       SCOTT L. TEDMON
                                                       Attorney for Defendant
                                                       Nadia Kuzmenko,
                                                       aka Nadia Reyes

Dated: October 6, 2011                                 /s/  Hayes H. Gable, III
                                                       HAYES H. GABLE, III
                                                       Attorney for Defendant
                                                       Aaron New

Dated: October 6, 2011                                 /s/  John R. Manning
                                                       JOHN R. MANNING
                                                       Attorney for Defendant
                                                       Edward Shevtsov

Dated: October 6, 2011                                 /s/  Michael L. Chastaine
                                                       MICHAEL L. CHASTAINE
                                                       Attorney for Defendant
                                                       Peter Kuzmenko

Dated: October 6, 2011                                 /s/  Michael D. Long
                                                       MICHAEL D. LONG
                                                       Attorney for Defendant
                                                       Sergey Blizenko

| | |
|---|---|
| Dated: October 6, 2011 | /s/ Gary A. Talesfore |
| | GARY A, TALESFORE |
| | Attorney for Defendant |
| | Vanik Atoyan |
| | |
| Dated: October 6, 2011 | Benjamin B. Wagner |
| | United States Attorney |
| | |
| | by:   /s/ R. Steven Lapham |
| | R. STEVEN LAPHAM |
| | Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-210 JAM |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| VERA KUZMENKO, et al., | |
| Defendants. | |

    GOOD CAUSE APPEARING, it is hereby ordered that based on the stipulation of the parties, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in  this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

    The Court orders that the time from the date of the parties' stipulation, October 6, 2011, to and including December 6, 2011, shall be excluded from computation of time within which the trial of this case must be commenced in the Speedy Trial Act, pursuant to 18 U.S.C. §

3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).  It is further ordered that the October 11, 2011, status conference shall be continued until December 6, 2011.

IT IS SO ORDERED.

Dated: October 7, 2011.                                    /s/ John A. Mendez
                                                           John A. Mendez
                                                           United States District Court Judge