UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00490 WBS |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| IRINA MARKEVICH, ALEX MARKEVICH, ANATOLIY MARKEVICH, DANIIL MARKEVICH, SVETLANA MARKEVICH, NATALYA MARKEVICH, DANIIL PIGLITSIN, SERGEY PUKHKAN, and MARINA PUKHKAN, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:11-CR-00210 JAM |
| VERA KUZMENKO, NADIA KUZMENKO, aka NADIA REYES, AARON NEW, VENIAMIN MARKEVICH, aka BEN MARKEVICH, EDWARD SHEVTSOV, PETER KUZMENKO, SERGEY BLIZENKO, VANIK ATOYAN, RACHEL SIDERS, LEAH ISOM, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00467 JAM |
| Plaintiff, | |
| v. | |
| ZHORA DARMOYAN, MARAT GALOYAN, | |

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  MARTIN ATOYAN, and KRISTINE    )
    ATOYAN,                        )
 2                                 )
                    Defendants.    )
 3  _____)
```

4      Examination of the above-entitled action reveals that these
5  actions are related within the meaning of Local Rule 123 (E.D. Cal.
6  2005).  Accordingly, the assignment of the matters to the same
7  judge is likely to affect a substantial savings of judicial effort
8  and is also likely to be convenient for the parties.

9      The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that these actions are
11 assigned to the same judge; no consolidation of the actions is
12 effected.

13     IT IS THEREFORE ORDERED that the action denominated 2:11-CR-
14 00490-WBS be reassigned to Judge John A. Mendez for all further
15 proceedings, and any dates currently set in this reassigned case
16 <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
17 filed in the reassigned cases shall be shown as 2:11-CR-00490 JAM.

18     IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustment in the assignment of civil cases to
20 compensate for this reassignment.

21     IT IS SO ORDERED.

22 Dated:  November 22, 2011        /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
23                                  United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com