JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, et al.,<br><br>　　　　Defendants. | No. CR-S-11-210 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:  July 10, 2012<br>Time:  9:30 a.m.<br>Judge: Honorable John A. Mendez |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vera Kuzmenko, Bruce Locke, Esq., counsel for defendant Nadia Kuzmenko, aka Nadia Reyes, Scott L. Tedmon, Esq., counsel for defendant Aaron New, Hayes H. Gable, III, Esq., counsel for defendant Edward Shevtsov, John R. Manning, Esq., counsel for defendant Peter Kuzmenko, Michael L. Chastaine, counsel for defendant Sergey Blizenko, Michael D. Long, Esq., counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq., counsel for defendant Rachel Siders, Eduardo G. Roy, Esq., and counsel for defendant Leah Isom, Candace A. Fry, Esq., that the status conference be **continued to July 10, 2012, at 9:30 a.m.**

　　　　Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that

1

PDF created with pdfFactory trial version www.pdffactory.com

time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March 22, 2012, to and including July 10, 2012. This is based on the complexity of the case, including over 35,000 pages of discovery and the fact there are nine co-defendants. The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: March 20, 2012          /s/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Defendant
                               Vera Kuzmenko

Dated: March 20, 2012          /s/ Scott L. Tedmon
                               SCOTT L. TEDMON
                               Attorney for Defendant
                               Nadia Kuzmenko,
                               aka Nadia Reyes

Dated: March 20, 2012          /s/ Hayes H. Gable, III
                               HAYES H. GABLE, III
                               Attorney for Defendant
                               Aaron New

Dated: March 20, 2012          /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Edward Shevtsov

Dated: March 20, 2012          /s/ Michael L. Chastaine
                               MICHAEL L. CHASTAINE
                               Attorney for Defendant
                               Peter Kuzmenko

Dated: March 20, 2012          /s/ Michael D. Long
                               MICHAEL D. LONG
                               Attorney for Defendant
                               Sergey Blizenko

Dated: March 20, 2012          /s/ Gary A. Talesfore
                               GARY A, TALESFORE
                               Attorney for Defendant
                               Vanik Atoyan

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 20, 2012                                 /s/  Eduardo G. Roy
                                                      EDUARDO G. ROY
                                                      Attorney for Defendant
                                                      Rachel Siders

Dated: March 20, 2012                                 /s/  Candace A. Fry
                                                      CANDACE A. FRY
                                                      Attorney for Defendant
                                                      Leah Isom

Dated: March 20, 2012                                 Benjamin B. Wagner
                                                      United States Attorney

                                              by:     /s/  Steven Lapham
                                                      STEVEN LAPHAM
                                                      Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that based on the stipulation of the parties, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in  this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 22, 2012, to and including July 10, 2012, shall be excluded from computation of time within which the trial of this case must be commenced in the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).

IT IS SO ORDERED.

Dated: 3/22/2012                                      /s/ John A. Mendez
                                                      John A. Mendez
                                                      United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com