UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-00210 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VERA KUZMENKO, NADIA KUZMENKO, | ) | |
| aka NADIA REYES, AARON NEW, | ) | |
| VENIAMIN MARKEVICH, aka BEN | ) | |
| MARKEVICH, EDWARD SHEVTSOV, | ) | |
| PETER KUZMENKO, SERGEY BLIZENKO, | ) | |
| VANIK ATOYAN, RACHEL SIDERS, | ) | RELATED CASE ORDER |
| LEAH ISOM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-CR-00226 LKK |
| | ) | |
| v. | ) | |
| | ) | |
| RACHEL SIDERS and TEHO ADAMS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same

1  judge is likely to affect a substantial savings of judicial effort

2  and is also likely to be convenient for the parties.

3       The parties should be aware that relating the cases under

4  Local Rule 123 merely has the result that these actions are

5  assigned to the same judge; no consolidation of the actions is

6  effected.

7       IT IS THEREFORE ORDERED that the action denominated

8  2:12-CR-0226-LKK be reassigned to Judge John A. Mendez for all

9  further proceedings, and any dates currently set in this reassigned

10 case only are hereby VACATED.  Henceforth, the caption on documents

11 filed in the reassigned cases shall be shown as 2:12-CR-0226-JAM.

12      IT IS FURTHER ORDERED that the Clerk of the Court make

13 appropriate adjustment in the assignment of criminal cases to

14 compensate for this reassignment.

15      IT IS SO ORDERED.

16 DATED:  September 17, 2012

17                              /s/ John A. Mendez_____

18                              U. S. DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28