BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00210 JAM |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |
| v. | |
| VERA KUZMENKO,  et al., | |
| Defendants, | |

IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with engaging in a mortgage fraud scheme.

The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim, co-defendant and witness social security numbers, driver's license numbers,  bank account numbers, dates of birth, addresses, telephone numbers, email addresses, financial records, tax records, and immigration records.  The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agrees that the Protected Information is being entrusted to counsel only for the purposes of representing his/her respective defendant in this criminal case.  Further, defense counsel agrees not to share any documents that contain Protected

1

1 Information with anyone other than his/her designated defense investigators, experts, and support

2 staff.  Defense counsel may permit the defendants to review the Protected Information and be

3 aware of its contents, but defendants shall not be given control of the Protected Information or be

4 provided any copies of the Protected Information which has not been redacted.  Any person

5 receiving Protected Information or a copy of the Protected Information  from counsel for the

6 defendants shall be bound by the same obligations as counsel and further may not give the

7 Protected Information to anyone (except that the protected documents shall be returned to

8 counsel).

9      Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may

10 make copies of the Protected Information for trial preparation and presentation.  Any copies

11 must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

12      Nothing in this Stipulation and Protective Order prevents a defense counsel or his/her

13 respective defendant from maintaining unredacted copies of records concerning that respective

14 defendant's own Protected Information.

15      In the event that the defendant substitutes counsel, undersigned defense counsel agrees to

16 withhold these documents from new counsel unless and until substituted counsel agrees also to

17 be bound by this order.

18 DATE: January 6, 2014             BENJAMIN B. WAGNER
United States Attorney

19

20                          By:    /s/ Lee S. Bickley

21                             LEE S. BICKLEY
Assistant U.S. Attorney

22

23 DATE: January 6, 2014             /s/ Bruce Locke

24                            BRUCE LOCKE
Attorney for Defendant Vera Kuzmenko

25

26 DATE: January 6, 2014             /s/ Scott L. Tedmon

27                            SCOTT L. TEDMON
Attorney for Defendant Nadia Kuzmenko

28

1    DATE: January 6, 2014          /s/ Hayes H. Gable, III
                                    HAYES H. GABLE, III
2                                   Attorney for Defendant Aaron New

3

4

5    DATE: January 6, 2014          /s/ John R. Manning
                                    JOHN R. MANNING
6                                   Attorney for Defendant Edward Shevtsov

7

8    DATE: January 6, 2014          /s/ Michael L. Chastaine
                                    MICHAEL L. CHASTAINE
9                                   Attorney for Defendant Peter Kuzmenko

10

11   DATE: January 6, 2014          /s/ Michael D. Long
                                    MICHAEL D. LONG
12                                  Attorney for Defendant Sergey Blizenko

13

14   DATE: January 6, 2014          /s/ Gary A. Talesfore
                                    GARY A. TALESFORE
15                                  Attorney for Defendant Vanik Atoyan

16

17   DATE: January 6, 2014          /s/ Candace A. Fry
                                    CANDACE A. FRY
18                                  Attorney for Defendant Leah Isom

19

20   DATE: January 6, 2014          /s/ Eduardo G. Roy
                                    EDUARDO G. ROY
21                                  Attorney for Defendant Rachel Siders

22

23        IT IS SO ORDERED.

     Dated:  January 6, 2014
24

25
     Dad1.crim
26   Kuzmenko0210.stip.protord                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28