BENJAMIN B. WAGNER
United States Attorney
Lee S. Bickley
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, et al.,,<br><br>Defendants. | CASE NO. 2:11-CR-210 JAM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE AND ARGUMENT DATE FOR DEFENDANT'S RENEWED MOTION TO COMPEL<br><br>DATE: October 29, 2014<br>TIME: 2:00 p.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

**STIPULATION**

1. On September 24, 2014, defendant Vera Kuzmenko filed a Renewed Motion to Compel Production of Material that Would Be Helpful to the Defense. The defendant noticed argument for the matter on October 1, 2014.

2. The United States' opposition to the motion to compel is due on October 1, 2014, seven days after the filing of defendant's motion.

3. By this stipulation, the parties agree and stipulate and ask that the Court find the following: the time period for the United States to file its opposition to the motion to compel is extended until October 9, 2014; the time period for defendant Vera Kuzmenko to file her reply is extended to October 23, 2014; and argument will be heard on the motion in front of Judge Drozd on October 29,2014, at 2:00 p.m.

4. IT IS SO STIPULATED.

Dated:  September 29, 2014     BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ *Lee S. Bickley*
                               Lee S. Bickley
                               Assistant United States Attorney

Dated:  September 29, 2014     /s/ *:Lee S. Bickley for Bruce Locke*
                               BRUCE LOCKE
                               Counsel for Defendant
                               Vera Kuzmenko

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of September, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE