BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0210 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING DUE DATES FOR UNITED STATES' OPPOSITION TO MOTION TO DISMISS |
| v. | |
| VERA KUZMENKO, et al., | DATE: November 18, 2014 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant filed a Motion to Dismiss the Mail Fraud, Wire Fraud and Money Laundering Counts (Counts 1-32) on October 8, 2014, and noticed argument on this matter for November 18, 2014.

2. The United States' opposition is due on October 15, 2014, seven days after the filing of defendant's motion. The defendant's reply is due on October 20, 2014.

3. The United States represents that it needs additional time to research the issues raised in the defendant's motion. In addition, both counsel for the United States and the defendant will be out of the office from October 10 through October 19, 2014. Consequently, both parties need to move the dates for the opposition and reply briefs.

STIPULATION EXTENDING TIME FOR
OPPOSITION TO MOTION TO DISMISS

1

4.     By this stipulation, the parties agree and stipulate and ask that the Court find the following: the time period for the United States to file its opposition to the motion to dismiss is extended until October 29, 2014.  The time period for defendant Vera Kuzmenko to reply to the United States' opposition is extended to November 5, 2014.

IT IS SO STIPULATED.

Dated:  October 8, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated:  October 8, 2014

/s/ LEE S. BICKLEY FOR
BRUCE LOCKE
Counsel for Defendant
Vera Kuzmenko

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of October, 2014.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION EXTENDING TIME FOR
OPPOSITION TO MOTION TO DISMISS

2