```
1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   DAVID J. WARD
4  Special Assistant United States Attorney
   501 I Street, Suite 10-100
5  Sacramento, CA 95814
   Telephone: (916) 554-2700
6  Facsimile: (916) 554-2900

7  Attorneys for Plaintiff
   United States of America
8
```

FILED
JAN 21 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-210 JAM |
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – ROMAN MITROS** |
| v. | |
| VERA KUZMENKO, ET AL. | |
| Defendants. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Roman Mitros give testimony or provide other information which he refuses to give or to provide information with respect to his knowledge concerning the purchase of homes and loan applications submitted to lending institutions in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Roman Mitros in any criminal case, except that Roman Mitros shall not be exempted by this

Order re: Immunity and Requiring Testimony            1

order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: January 21, 2015

HON. JOHN A. MENDEZ
United States District Judge

Order re: Immunity and Requiring Testimony                    2

**EXHIBIT A**

**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*                                   *Washington, D.C. 20530*

JAN 09 2015

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:   David J. Ward, Lee Bickley, and Michael D. Anderson
             Assistant U.S. Attorneys

Re: *United States v. Vera Kuzmenko, et al.*

Dear Mr. Wagner:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Roman Mitros to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

PAUL M O'BRIEN
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION