BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorneys
DAVID J. WARD
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-210 JAM |
| Plaintiff, | **UNITED STATES'S MOTION FOR ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – ALEKSEY TRUKHAN** |
| v. | |
| VERA KUZMENKO, et al. | Date: January 12, 2015 |
| Defendants. | Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez<br>Place: Courtroom 6, 14th Floor |

The United States of America hereby moves this Honorable Court for an order compelling Aleksey Trukhan to testify and produce evidence pursuant to the provisions of Title 18, United States Code, Section 6001, *et. seq.*, and respectfully represents as follows:

1. Aleksey Trukhan has been subpoenaed to testify at trial in this matter by the United States;

2. Aleksey Trukhan refuses to testify with respect to his knowledge concerning loan applications submitted to lending institutions and the sale of his residence in connection with the charged fraud scheme in the above-referenced case by invoking his constitutional privilege against self-incrimination;

USA Mot. for Immunity and Requiring Testimony          1

3. In the judgment of Benjamin B. Wagner, United States Attorney, the testimony of Aleksey Trukhan is necessary to the public interest; and

4. Paul M. O'Brien, a Deputy Assistant Attorney General, has approved this application for an order instructing Aleksey Trukhan to testify pursuant to 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a).

WHEREFORE, pursuant to the provisions of 18 U.S.C. §§ 6001, *et seq.*, the United States of America requests that the Court order Aleksey Trukhan to give testimony and produce all evidence relating to all matters within his knowledge about which he may be asked to testify with respect to his knowledge concerning loan applications submitted to lending institutions and the sale of his residence in connection with the charged fraud scheme in the above-referenced case,

In support of this motion, the United States of America submits herewith the attached Memorandum of Points and Authorities and the Declaration of Special Assistant U.S. Attorney David J. Ward.

## I.   I. POINTS AND AUTHORITIES

The immunity provisions of Title 18, United States Code, Section 6002, *et seq.*, provide in pertinent part as follows:

Section 6002

> Whenever a witness refuses, on the basis of his privilege against self-incrimination, to testify or provide other information in a proceeding before or ancillary to—
>
> (1) a court or grand jury of the United States,
>
> * * *
>
> and the person presiding over the proceeding communicates to the witness an order issued under this title, the witness may not refuse to comply with the order on the basis of his privilege against self-incrimination; but no testimony or other information compelled under the order (or any information directly or indirectly derived from such testimony or other information) may be used against the witness in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the order.

18 U.S.C. § 6002.

Section 6003

> In the case of any individual who has been or may be called to testify or provide other information at any proceeding before or ancillary to a court

USA Mot. for Immunity and Requiring Testimony         2

of the United States or a grand jury of the United States, the United States district court for the judicial district in which the proceeding is or may be held shall issue, in accordance with subsection (b) of this section, upon the request of the United States attorney for such district, an order requiring such individual to give testimony or provide other information which he refuses to give or provide on the basis of his privilege against self-incrimination, such order to become effective as provided in section 6002 of this title.

(b) A United States Attorney may, with the approval of the Attorney General, the Deputy Attorney General, the Associate Attorney General, or any designated Assistant Attorney General or Deputy Assistant Attorney General, request an order under subsection (a) of this section when in his judgment--

    (1) the testimony or other information from such individual may be necessary to the public interest; and

    (2) such individual has refused or is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination.

18 U.S.C. § 6203. The aforesaid statute is valid and constitutional, and orders issued pursuant thereto are likewise valid. *United States v. Kastigar*, 406 U.S. 441 (1972).

Respectfully submitted,

Dated: Jan. 22, 2015

BENJAMIN B. WAGNER
United States Attorney

LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorneys
DAVID J. WARD
Special Assistant United States Attorney

BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorneys
DAVID J. WARD
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERA KUZMENKO ET AL.,<br><br>Defendants. | CASE NO. 2:11-CR-210 JAM<br><br>**DECLARATION OF DAVID J. WARD RE: MOTION FOR ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – ALEKSEY TRUKHAN** |

I, David J. Ward, declare as follows:

1. I am a Special Assistant United States Attorney for the Eastern District of California.

2. I have advised United States Attorney Benjamin B. Wagner, or a person delegated with his authority, that Aleksey Trukhan will be called to testify at trial in this matter.

3. I have presented the facts of the trial proceedings to Mr. Wagner or his designee, and in his judgment it is likely that Aleksey Trukhan may refuse to testify at trial, and his testimony is necessary to the public interest.

4. An authorized Deputy Assistant Attorney General of the United States has approved the Application for an Order instructing witness Aleksey Trukhan to testify under the provisions of 18 U.S.C. § 6003 and 28 C.F.R. § 0.175(a). A copy of the letter from Paul M. O'Brien, Deputy Assistant

Declaration of David J. Ward re: USA Mot. for
Immunity and Requiring Testimony

1

1  Attorney General, Criminal Division, Department of Justice, expressing said approval is attached hereto
2  as Exhibit "A."
3     I declare under penalty of perjury that the foregoing is true and correct. Executed this day,
4  January 22, 2015, at Sacramento, California.

DAVID J. WARD
Special Assistant United States Attorney