BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
MICHAEL D. ANDERSON
Assistant United States Attorneys
DAVID J. WARD
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-210 JAM |
|---|---|
| Plaintiff, | **ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – NATALYA KISLITSA (A/K/A NATALYA KUZMENKO)** |
| v. | |
| VERA KUZMENKO, ET AL. | |
| Defendants. | |

FILED
JAN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Natalya Kislitsa, a/k/a Natalya Kuzmenko, give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge concerning the purchase of homes and loan applications submitted to lending institutions in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Natalya Kislitsa in any criminal case, except that Natalya Kislitsa shall not be exempted by this

Order re: Immunity and Requiring Testimony       1

order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: January 29, 2015

HON. JOHN A. MENDEZ
United States District Judge

**EXHIBIT A**



U.S. Department of Justice

Criminal Division

*Assistant Attorney General* — Washington, D.C. 20530

JUN 24 2014

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:   Todd A. Pickles
             Assistant U.S. Attorney

Re: *United States v. Anna Kuzmenko, et al.*

Dear Mr. Wagner:

   Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Natalya Kuzmenko to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the testimony or other information from such individual may be necessary to the public interest, and that such individual refuses to testify or provide information on the basis of the privilege against self-incrimination

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

DAVID A. O'NEIL
ACTING DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION