1   BENJAMIN B. WAGNER
    United States Attorney
2   LEE S. BICKLEY
    MICHAEL D. ANDERSON
3   Assistant United States Attorneys
    DAVID J. WARD
4   Special Assistant United States Attorney
    501 I Street, Suite 10-100
5   Sacramento, CA 95814
    Telephone: (916) 554-2700
6   Facsimile: (916) 554-2900

7   Attorneys for Plaintiff
    United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,              CASE NO.  2:11-CR-210 JAM

13                      Plaintiff,          **ORDER PURSUANT TO
                                            18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
14              v.                          AND REQUIRING TESTIMONY – ROMAN
                                            MITROS**
15   VERA KUZMENKO, ET AL.

16                      Defendants.

17

18

19          NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Roman Mitros give

20   testimony or provide other information which he refuses to give or to provide information with respect

21   to his knowledge concerning the purchase of homes and loan applications submitted to lending

22   institutions in connection with  the charged fraud scheme in the above-referenced case, in this case on

23   the basis of his privilege against self-incrimination as to all matters about which he may be asked to

24   testify in this trial.

25          IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

26   or any information directly or indirectly derived from such testimony or other information, shall be used

27   against Roman Mitros in any criminal case, except that Roman Mitros shall not be exempted by this

28

Order re: Immunity and Requiring Testimony            1

1  order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to

2  comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

3  IT IS SO ORDERED.

4  DATED: _November 10_, 2015

5

6  HON. JOHN A. MENDEZ
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order re: Immunity and Requiring Testimony               2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT A</u>**



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*                                   *Washington, D.C. 20530*

JAN 09 2015

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:   David J. Ward, Lee Bickley, and Michael D. Anderson
                   Assistant U.S. Attorneys

Re: *United States v. Vera Kuzmenko, et al.*

Dear Mr. Wagner:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Roman Mitros to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

PAUL M O'BRIEN
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION