1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   DAVID J. WARD
4  Special Assistant United States Attorney
   501 I Street, Suite 10-100
5  Sacramento, CA 95814
   Telephone: (916) 554-2700
6  Facsimile: (916) 554-2900

7  Attorneys for Plaintiff
   United States of America
8

9             IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 2:11-CR-210 JAM
13 |                      Plaintiff,  | **ORDER PURSUANT TO
   |                                  | 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY
14 |            v.                    | AND REQUIRING TESTIMONY – LORENA
   |                                  | LONGO LONGO (A/K/A LORENA BARBOSA,
15 | VERA KUZMENKO, ET AL.            | A/K/A NINA BARBOSA)**
16 |                      Defendants. |

17

18

19       NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Lorena Longo (a/k/a

20 Lorena Barbosa; a/k/a Nina Barbosa) give testimony or provide other information which she refuses to

21 give or to provide information with respect to her knowledge concerning the purchase of homes and loan

22 applications submitted to lending institutions in connection with the charged fraud scheme in the above-

23 referenced case, in this case on the basis of her privilege against self-incrimination as to all matters

24 about which she may be asked to testify in this trial.

25       IT IS FURTHER ORDERED that no testimony or other information compelled under this order,

26 or any information directly or indirectly derived from such testimony or other information, shall be used

27 against Lorena Longo in any criminal case, except that Lorena Longo shall not be exempted by this

28

Order re: Immunity and Requiring Testimony           1

order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: November 18, 2015

HON. JOHN A. MENDEZ
United States District Judge