**FILED**

DEC 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-00210 JAM |
| Plaintiff, | ) | RESPONSE TO JURY NOTE #2 |
| v. | ) | |
| VERA KUZMENKO and RACHEL SIDERS, | ) | |
| Defendants. | ) | |

The indictment alleges that the 38 transactions in this case are part of an overall scheme to defraud. An indictment is not evidence. You must determine as to each count whether the transaction involved is part of one overall scheme, several individual schemes, or no scheme at all.

Dated:  December 1, 2015.

Judge John A. Mendez
U. S. District Court Judge