**FILED**

DEC 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-00210 JAM |
| ) Plaintiff, ) | RESPONSE TO JURY NOTE #4 |
| ) v. ) | |
| ) VERA KUZMENKO and RACHEL SIDERS, ) ) Defendants. ) ) | |

Please continue to deliberate. We will take up this issue at the end of the day on Thursday, December 3, 2015 if the jury has not reached verdicts.

Dated: December 2, 2015.

_____
Judge John A. Méndez
U.S. District Court Judge