LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
VERA KUZMENKO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-210 JAM |
| Plaintiff, | |
| vs. | REQUEST FOR ORDER AND ORDER EXONERATING BONDS |
| VERA KUZMENKO, | |
| Defendant. | |

Defendant Vera Kuzmenko is presently serving a 168-month sentence for Wire and Mail Fraud following a jury trial and the return of adverse verdicts on December 4, 2015.  Before the trial she had been released on various conditions, including the posting of secured appearance bonds totaling $500,000.  The appearance bonds included a corporate bail bond in the amount of $250,000, with the remaining $250,000 secured by family-member sureties pledging various real

REQUEST TO
EXONERATE BONDS

and personal property assets to ensure her appearance in this matter.

After the jury returned its verdicts, the Court set a hearing on January 19, 2016 to address whether Vera Kuzmenko should be remanded into custody before her sentencing hearing.  After that hearing the Court remanded Vera Kuzmenko into custody.  She has remained in custody since that date.  The Court subsequently sentenced her on March 15, 2016.

Given the present procedural status of this case, it is requested that the bail bond and other pledges of property used as security to ensure Vera Kuzmenko's personal appearance in this matter be exonerated.  It is further requested that the Clerk of the District Court be directed to re-convey back to the Bail Bond Company (Bankers Insurance Company) and the family-members serving as Sureties and/or Trustors any applicable Bail Bond, Deed(s) of Trust and Promissory Note(s) used in support of the Appearance Bonds.


DATED:  April 7, 2016

By ___/s/ Todd D. Leras_____
        TODD D. LERAS
        Attorney for Defendant
        VERA KUZMENKO

REQUEST TO
EXONERATE BONDS

**ORDER**

IT IS HEREBY ORDERED that the $250,000 Bail Bond issued by the Bankers Insurance Company (Docket Entry Number 76, filed August 8, 2011) be exonerated and returned to 3 Step Bail Bonds, 801 J Street, Sacramento, California.

IT IS FURTHER ORDERED that the pledges of security in support of Appearance Bonds in the amount of $76,000 in retirement/stock by Ivan Kuzmenko (Docket Entry Number 82, filed August 18, 2011), $35,000 in insurance value by Vladimir M. Kuzmenko (Docket Entry Number 83, filed August 18, 2011), and $153,000 in real property by Nadezhda Kuzmenko and Vladimir Kuzmenko (Docket Entry Number 84, filed on August 18, 2011) be exonerated.  The Clerk of the District Court is further directed as soon as practicable to re-convey back to the Trustor(s) any applicable Deed(s) of Trust and Promissory Note(s) securing the Appearance Bonds.

DATED:  April 12, 2016

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE

REQUEST TO
EXONERATE BONDS