UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>VERA KUZMENKO,<br><br>　　　　　Movant. | No. 2:11-cr-0210 JAM KJN P<br><br><br>ORDER |

Movant requests an extension of time to file and serve a reply to respondent's June 25, 2021 opposition to movant's February 1, 2021 motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. The motion is dated July 20, 202, and alleges that although she received the opposition on July 9, 2021, movant did not receive any of the government's exhibits. (ECF No. 1139 at 1.) On July 27, 2021, respondent filed a statement of non-opposition to movant's request. After receiving permission to send movant an oversized package, and despite mailing the package to movant on June 28, 2021, respondent notes that the BOP did not deliver the exhibits to movant until July 26, 2021. (ECF No. 1140 at 1.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's motion for an extension of time (ECF No. 1139) is granted; and

////

////

2. Movant is granted up to and including September 25, 2021, in which to file and serve a reply.

Dated: July 28, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kuzm0210.236