PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>VERA KUZMENKO,<br><br>　　　　　　　　Defendant. | CASE NO. 2:11-CR-00210-DAD-DB-1<br><br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

On June 20, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* motion for a sentence reduction. Docket No. 1203.

IT IS HEREBY ORDERED the Government's request until July 17, 2024, to file its response is granted.

IT IS SO ORDERED.

Dated:  __June 20, 2024__                          _____
                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE

1