PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00210-DAD-DB |
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SUR-REPLY |
| v. | |
| VERA KUZMENKO, | |
| Defendant. | |

On January 6, 2025, Defendant Vera Kuzmenko filed a reply brief in support of her motion for compassionate relief.  In her supplemental reply brief, the defendant raises issues that were no contained within her original motion.  The government filed a motion seeking permission of the Court to file a sur-reply to address the new issues raised in the defendant's reply brief and for a brief extension of time to file a sur-reply.

The Court hereby GRANTS the United States' Motion for Leave to File a Sur-Reply.  The United States' sur-reply shall be filed not later than January 17, 2025.

IT IS SO ORDERED.

Dated:  **January 8, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE